# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   LAX Royal Airport Center, LP                          ,
                                    Debtor

Case No.    11-bk-12333 - BB

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Tri-chem Technology, Corp. 21520-g Yorba Linda Blvd. Yorba Linda, CA 92887 | Tri-chem Technology, Corp. 21520-g Yorba Linda Blvd. Yorba Linda, CA 92887 | Trade Debt | | 212.00 |
| AT&T Payment Center Sacramento, CA 95887 | AT&T Payment Center Sacramento, CA 95887 | | | 237.89 |
| Engineering Services Co. 24141 Brookings Court Valencia, CA 91355 | Engineering Services Co. 24141 Brookings Court Valencia, CA 91355 | Trade Debt | | 900.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9-755 - 31996-301X-09610 - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Critical Environments, Inc. P.o. Box 12259 Newport Beach, CA 92658 | Critical Environments, Inc. P.o. Box 12259 Newport Beach, CA 92658 | | | 1,001.00 |
| Siemens Industry, Inc. 7850 Collections Center Dr. Chicago, IL 60693 | Siemens Industry, Inc. 7850 Collections Center Dr. Chicago, IL 60693 | Trade Debt | Disputed | 1,759.02 |
| Generator Services Co. 10255 Philadelphia Court Rancho Cucamonga, CA 91730 | Generator Services Co. 10255 Philadelphia Court Rancho Cucamonga, CA 91730 | Trade Debt | | 2,105.50 |
| Simon Z. Wang, Cpa 10 Rollins Road, Suite 111 Millbrae, CA 94030 | Simon Z. Wang, Cpa 10 Rollins Road, Suite 111 Millbrae, CA 94030 | Trade Debt | | 2,282.50 |
| City Of La Building & Safety Po Box 514260 Los Angeles, CA 90051 | City Of La Building & Safety Po Box 514260 Los Angeles, CA 90051 | Trade Debt | | 2,302.30 |
| Isc Electronic Systems 18115 La Salle Avenue Gardena, CA 90248 | Isc Electronic Systems 18115 La Salle Avenue Gardena, CA 90248 | Trade Debt | | 2,896.20 |
| Irene Chang 13600 Marina Pointe Dr, #1003 Marina Del Rey, CA 90292 | Irene Chang 13600 Marina Pointe Dr, #1003 Marina Del Rey, CA 90292 | Trade Debt | | 3,226.39 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31996-301X-09610 - PDF-XChange 3.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Cb Richard Ellis 111 Huntington Ave., 12th Floor Boston, MA 02199 | Cb Richard Ellis 111 Huntington Ave., 12th Floor Boston, MA 02199 | Trade Debt | | 3,880.89 |
| City Of Los Angeles - Dept. Of Fire 200 N. Main Street, Rm. 1620 Los Angeles, CA 90012 | City Of Los Angeles - Dept. Of Fire 200 N. Main Street, Rm. 1620 Los Angeles, CA 90012 | Trade Debt | | 4,042.23 |
| Greenline Products, Inc. 13249 E. Imperial Hwy Whittier, CA 90605 | Greenline Products, Inc. 13249 E. Imperial Hwy Whittier, CA 90605 | | | 4,666.38 |
| Diversified Thermal Services, Inc. 1220 North Barsten Way Anaheim, CA 92806 | Diversified Thermal Services, Inc. 1220 North Barsten Way Anaheim, CA 92806 | Trade Debt | Disputed | 6,770.00 |
| John Ottinger WEST COAST TENANT ADVISORS, INC. 820 Manhattan Ave., Suite 205 Manhattan Beach, CA 90266 | John Ottinger WEST COAST TENANT ADVISORS, INC. 820 Manhattan Ave., Suite 205 Manhattan Beach, CA 9026 | Trade Debt | | 10,330.92 |
| Colliers International 3401 Center Lake Drive, Ste 150 Ontario, CA 91761 | Colliers International 3401 Center Lake Drive, Ste 150 Ontario, CA 91761 | Trade Debt | | 11,814.37 |

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Falcon Waterfree<br>11835 West Olympic Blvd.,#1020e<br>Los Angeles, CA 90064 | Falcon Waterfree<br>11835 West Olympic Blvd.,#1020e<br>Los Angeles, CA 90064 | Trade Debt | | 12,000.00 |
| American Guard Services<br>American Guard Services P.o.box 80026<br>City Of Industry, CA 91716 | American Guard Services<br> P.o.box 80026<br>City Of Industry, CA 91716 | Trade Debt | | 60,539.94 |
| American Building Maintenance Co.<br>5200 S. Eastern Avenue<br>Los Angeles, CA 90040 | American Building Maintenance Co.<br>5200 S. Eastern Avenue<br>Los Angeles, CA 90040 | Trade Debt | | 92,648.23 |
| Susan Chang<br>120 Tobin Clark Drive<br>Hillsborough, Ca 94010 | Susan Chang<br>120 Tobin Clark Drive<br>Hillsborough, Ca  94010 | Loan | Disputed | 200,448.48 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  [a member or an authorized agent of the partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____02\25\2011_____

Signature _____/s/ Robert Chang_____

ROBERT CHANG,
Managing Member of Managing Partner

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07)**

In re  LAX Royal Airport Center, LP                                      Case No.  11-bk-12333 - BB
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings Account (CD) Cash Security<br>Cathay Bank<br><br>Citibank Bank Acounts<br>Citibank | | 315,457.09<br><br><br>8,500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

In re  LAX Royal Airport Center, LP _____          Case No.  11-bk-12333 - BB _____
        **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer<br>5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618<br><br>Conference Table And Chairs | | 400.00<br><br>1,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

In re    LAX Royal Airport Center, LP                                    Case No.    11-bk-12333 - BB
                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| | | Sofa | | 500.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| | | Office Desk | | 200.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| | | Office Desk | | 200.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| | | Office Desk | | 200.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| | | Receptionist Desk | | 300.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| | | Chair | | 100.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| | | Sofa Chair | | 100.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| | | Table | | 50.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| | | Cubicles | | 400.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 Suite 618 | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2 Trane Air Chillers | | 100,000.00 |
| | | 5933 W. Century Blvd, Los Angeles, Ca 90045 | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07) - Cont.**

In re    LAX Royal Airport Center, LP                                Case No.    11-bk-12333 - BB
                    **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____0_____    continuation sheets attached    Total | | $    427,407.09 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

**B6C (Official Form 6C)  (04/10)**

In re   LAX Royal Airport Center, LP                              Case No.   11-bk-12333 - BB
                            **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                ☐ Check if debtor claims a homestead exemption that exceeds
                                                   $146,450*.
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07)**

In re ___LAX Royal Airport Center, LP_____,    Case No __1-bk-12333 - BB_____
          **Debtor**    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 128600475<br><br>Cathay Bank<br>9650 Flair Drive, 3rd Floor<br>El Monte, CA 91731<br><br>VALUE $ 315,000.00 | | | Lien: Secured Bank Account<br>Security: Cathay Bank CD | | | | 312,733.41 | 0.00 |
| ACCOUNT NO. 201227873<br><br>Citibank (line Of Credit)<br>100 Citibank Dr Bldg 1 Fl 1<br>San Antonio, TX 78245<br><br>VALUE $ 14,000,000.00 | | | Lien: Deed of Trust<br>Security: 5933 W. Century Blvd. | | | | 100,000.00 | 0.00 |
| ACCOUNT NO. 05-18964<br><br>Morgan Stanley Mortgage Capital, Inc.<br>5605 North MacArthur Blvd,, # 950<br>Irving. Texas  75038<br><br>VALUE $ 14,000,000.00 | | | Incurred: 04\2005<br>Lien: Deed of Trust<br>Security: 5933 W. Century Blvd<br>LNR Partners, LLC asserts that it is an assignee of this claim.<br>The Debtor disputes the assignment | | | X | 8,717,082.17 | 0.00 |

  __0__ continuation sheets attached

Subtotal ➤ (Total of this page)    $9,129,815.58    $ 0.00

Total ➤ (Use only on last page)    $9,129,815.58    $ 0.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10)**

In re  LAX Royal Airport Center, LP                                    .        Case No.  11-bk-12333 - BB
                                Debtor                                     (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10) - Cont.**

In re   LAX Royal Airport Center, LP _____,        Case No.___11-bk-12333 - BB_____
          Debtor                                                                              (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).



   *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____0_____ **continuation sheets attached**

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31996-301X-09610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re    LAX Royal Airport Center, LP_____,    Case No.    11-bk-12333 - BB_____
_____Debtor_____                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  333805 <br><br> American Building Maintenance Co. 5200 S. Eastern Avenue Los Angeles, CA 90040 | | | Consideration: Business Expense | | | | 92,648.23 |
| ACCOUNT NO.  Royal Airport <br><br> American Guard Services American Guard Services P.o.box 80026 City Of Industry, CA 91716 | | | Consideration: Business Expense | | | | 60,539.94 |
| ACCOUNT NO.  310-410-9794 <br><br> AT&T Payment Center Sacramento, CA 95887 | | | Consideration: Business Expense | | | | 28.57 |
| ACCOUNT NO.  310-417-8108 <br><br> AT&T Payment Center Sacramento, CA 95887 | | | Consideration: Business Expense | | | | 36.37 |

____7____continuation sheets attached

Subtotal ➤ | $ | 153,253.11

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  LAX Royal Airport Center, LP _____ ,          Case No. ___ 11-bk-12333 - BB _____
       **Debtor**                                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  310-641-5007<br>AT&T<br>Payment Center<br>Sacramento, CA 95887 | | | Consideration: Business Expense | | | | 237.89 |
| ACCOUNT NO.  310 215-0130<br>AT&T<br>Payment Center<br>Sacramento, CA 95887 | | | Consideration: Business Expense | | | | 89.72 |
| ACCOUNT NO.  310 338-0917<br>AT&T<br>Payment Center<br>Sacramento, CA 95887 | | | Consideration: Business Expense | | | | 133.87 |
| ACCOUNT NO.  310 641-1848<br>AT&T<br>Payment Center<br>Sacramento, CA 95887 | | | Consideration: Business Expense | | | | 82.98 |
| ACCOUNT NO.  310 641-3055<br>AT&T<br>Payment Center<br>Sacramento, CA 95887 | | | Consideration: Business Expense | | | | 192.02 |

Sheet no. __1__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

      Subtotal ➤  $      736.48

      Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31996-301X-09610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  LAX Royal Airport Center, LP _____ ,        Case No. _____ 11-bk-12333 - BB _____
        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  310 645-1308<br><br>AT&T<br>Payment Center<br>Sacramento, CA 95887 | | | Consideration: Business Expense | | | | 82.98 |
| ACCOUNT NO.  309860-000<br><br>Athens Trash Service<br>P.o. Box 60009<br>City Of Industry, CA 91716 | | | Consideration: Business Expense | | | | Notice Only |
| ACCOUNT NO.<br><br>Cb Richard Ellis<br>111 Huntington Ave., 12th Floor<br>Boston, MA 02199 | | | Consideration: Business Expense | | | | 3,880.89 |
| ACCOUNT NO.  1800080230<br><br>City Of La Building & Safety<br>Po Box 514260<br>Los Angeles, CA 90051 | | | Consideration: Business Expense | | | | 2,302.30 |
| ACCOUNT NO.  0700416897<br><br>City Of Los Angeles - Dept. Of Fire<br>200 N. Main Street, Rm. 1620<br>Los Angeles, CA 90012 | | | Incurred: 12/14/10<br>Consideration: Business Expense | | | | 4,042.23 |

Sheet no. _2_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  10,308.40

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   LAX Royal Airport Center, LP_____ ,          Case No. ___11-bk-12333 - BB_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Colliers International<br>3401 Center Lake Drive, Ste 150<br>Ontario, CA 91761 | | | Consideration: Business Expense | | | | 11,814.37 |
| ACCOUNT NO.<br><br>County Of Los Angeles<br>Commerce Drive, Room 117<br>Baldwin Park, CA 91706 | | | Consideration: Business Expense | | | | 40.00 |
| ACCOUNT NO.<br><br>Critical Environments, Inc.<br>P.o. Box 12259<br>Newport Beach, CA 92658 | | | Consideration: Business Expense | | | | 1,001.00 |
| ACCOUNT NO.<br><br>Diversified Thermal Services, Inc.<br>1220 North Barsten Way<br>Anaheim, CA 92806 | | | Consideration: Business Expense | | | X | 6,770.00 |
| ACCOUNT NO.<br><br>Dunn-edwards Paints<br>P.o.box 30389<br>Los Angeles, CA 90030 | | | Consideration: Business Expense | | | | 48.06 |

Sheet no. _3_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    19,673.43

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   LAX Royal Airport Center, LP _____ ,        Case No. ___11-bk-12333 - BB_____
                    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Engineering Services Co.<br>24141 Brookings Court<br>Valencia, CA 91355 | | | Consideration: Other | | | | 900.00 |
| ACCOUNT NO.<br><br>Falcon Waterfree<br>11835 West Olympic Blvd.,#1020e<br>Los Angeles, CA 90064 | | | Incurred: 10/30/2009<br>Consideration: Business Expense | | | | 12,000.00 |
| ACCOUNT NO.  10-26640<br><br>First American Title Insurance Company<br>3 First American Way<br>Santa Ana, Ca  92707 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Generator Services Co.<br>10255 Philadelphia Court<br>Rancho Cucamonga, CA 91730 | | | Consideration: Business Expense | | | | 2,105.50 |
| ACCOUNT NO.<br><br>Greenline Products, Inc.<br>13249 E. Imperial Hwy<br>Whittier, CA 90605 | | | Consideration: Business Expense | | | | 4,666.38 |

Sheet no. __4__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    19,671.88

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9.755 - 31996-301X-09610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   LAX Royal Airport Center, LP                          ,          Case No.   11-bk-12333 - BB
_____                    _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Irene Chang 13600 Marina Pointe Dr, #1003 Marina Del Rey, CA 90292 | | | Consideration: Business Expense | | | | 3,226.39 |
| ACCOUNT NO. Isc Electronic Systems 18115 La Salle Avenue Gardena, CA 90248 | | | Consideration: Business Expense | | | | 2,896.20 |
| ACCOUNT NO. John Ottinger WEST COAST TENANT ADVISORS, INC. 820 Manhattan Ave., Suite 205 Manhattan Beach, CA 90266 | | | Consideration: Broker Commision | | | | 10,330.92 |
| ACCOUNT NO. Johnson Chang 120 Tobin Clark Dr Hillsborough, CA 94010 | | | Consideration: Business Expense | | | | 346.62 |
| ACCOUNT NO. Koar Airport Associates 150 S. Los Robles Ave. Suite#655 Pasadena, CA 91101 | | | Consideration: Business Expense | | | | Notice Only |

Sheet no. _5_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 16,800.13

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  LAX Royal Airport Center, LP_____,          Case No. __11-bk-12333 - BB_____
                                Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1137975863<br>Ladwp 1137975863-firesvc<br>Po Box 30808<br>Los Angeles, CA 90030 | | | Consideration: Business Expense | | | | Notice Only |
| ACCOUNT NO.  1136997449<br>Ladwp# 1136997449-electric<br>Po Box 30808<br>Los Angeles, CA 90030 | | | Consideration: Business Expense | | | | Notice Only |
| ACCOUNT NO.  1137975836<br>Ladwp# 1137975836-water<br>Po Box 30808<br>Los Angeles, CA 90030 | | | Consideration: Business Expense | | | | Notice Only |
| ACCOUNT NO.  M700400392<br>Lnr Partners,llc<br>1601 Washington Ave Suite 700<br>Miami Beach, FL 33139 | | | Incurred: February 2005<br>Consideration: Assignee of Deed of Trust | | | X | Notice Only |
| ACCOUNT NO.<br>Robert Chang and Susan Chang<br>120 Tobin Clark Drive<br>Hillsborough, Ca  94010 | | | Consideration: Personal Loan | | | | 6,643,570.88 |

Sheet no. _6_ of _7_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal➤ | $ | 6,643,570.88 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   LAX Royal Airport Center, LP                                   ,          Case No.   11-bk-12333 - BB
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Siemens Industry, Inc. 7850 Collections Center Dr. Chicago, IL 60693 | | | Consideration: Business Expense | | | X | 1,759.02 |
| ACCOUNT NO. Simon Z. Wang, Cpa 10 Rollins Road, Suite 111 Millbrae, CA 94030 | | | Consideration: Business Expense | | | | 2,282.50 |
| ACCOUNT NO. Susan Chang 120 Tobin Clark Drive Hillsborough, Ca 94010 | | | Consideration: Personal Loan | | | X | 200,448.48 |
| ACCOUNT NO. Tri-chem Technology, Corp. 21520-g Yorba Linda Blvd. Yorba Linda, CA 92887 | | | Consideration: Business Expense | | | | 212.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _7_ of _7_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  204,702.00

Total ➤ | $  7,068,716.31

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re  LAX Royal Airport Center, LP _____   Case No. _____ 11-bk-12333 - BB _____
             **Debtor**                                                   **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Broadcore, Inc.<br>5933 W. Century Blvd, Suite 100<br>Los Angeles, Ca 90045 | Suite 100 for $9,126.25 per month<br><br>Lease on nonresidential real property |
| Magnify360 Inc<br>5933 W. Century Blvd, Suite 105<br>Los Angeles, Ca 90045 | Suite 105 for $4179.60 per month<br><br>Lease on nonresidential real property |
| Natural Gourment<br>Broadcore, Inc.<br>5933 W. Century Blvd, Suite 110<br>Los Angeles, Ca 90045 | Suite 119 for $2185.00 per month |
| California Faculty Association<br>5933 W. Century Blvd, Suite 220<br>Los Angeles, Ca 90045 | Suite 220 for $4570.95 per month<br><br>Lease on nonresidential real property |
| Alvin L. Ptitman<br>5933 W. Century Blvd, Suite 230<br>Los Angeles, Ca 90045 | Suite 230 for $3539.40 per month<br><br>Lease on nonresidential real property |
| Colonial South Bay Insurance Brokers<br>5933 W. Century Blvd, Suite 322<br>Los Angeles, Ca 90045 | Suite 322 for $1223.60 per month<br><br>Lease on nonresidential real property |
| Olive-3 Technologies LLC<br>5933 W. Century Blvd, Suite 410<br>Los Angeles, Ca 90045 | Suite 410 for $1140.75 per month<br><br>Lease on nonresidential real property |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

In re  LAX Royal Airport Center, LP                          Case No.        11-bk-12333 - BB
_____                               _____
                Debtor                                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ward North America, Inc<br>5933 W. Century Blvd, Suite 420<br>Los Angeles, Ca 90045 | Suite 420 for $2803.30 per month<br><br>Lease on nonresidential real property |
| Allied T. Pro West, Inc.<br>5933 W. Century Blvd, Suite 422<br>Los Angeles, Ca 90045 | Suite 422 from $3658.35 per month<br><br>Lease on nonresidential real property |
| Keane, Inc.<br>5933 W. Century Blvd, Suite 500<br>Los Angeles, Ca 90045 | Suite 500 for $12,182.80 per month<br><br>Lease on nonresidential real property |
| Austin Commercial, LP<br>5933 W. Century Blvd, Suite 610<br>Los Angeles, Ca 90045 | Suite 610 for $4722.20 per month<br><br>Lease on nonresidential real property |
| Pacifica Realty Group<br>5933 W. Century Blvd, Suite 614<br>Los Angeles, Ca 90045 | Suite 614 for $1931.40 per month |
| Wayne S. Mattox<br>5933 W. Century Blvd, Suite 615<br>Los Angeles, Ca 90045 | Suite 615 for $2000.00 per month<br><br>Lease on nonresidential real property |
| Festival Companies<br>5933 W. Century Blvd, Suite 620<br>Los Angeles, Ca 90045 | Suite 620 for $2697.00 per month<br><br>Lease on nonresidential real property |
| General Dynamics Adv.<br>5933 W. Century Blvd, Suite 700<br>Los Angeles, Ca 90045 | Suite 700 for $12,936.30 per month |

B 6G (Official Form 6G) (12/07)

| In re | LAX Royal Airport Center, LP | Case No. | 11-bk-12333 - BB |
|---|---|---|---|
| | Debtor | | (if known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Manuel Saint Martin<br>5933 W. Century Blvd, Suite 806<br>Los Angeles, Ca 90045 | Suite 806 for $2575.30 per month<br><br>Lease on nonresidential real property |
| Excela Business Services, Inc.<br>5933 W. Century Blvd, Suite 820<br>Los Angeles, Ca 90045 | Suite 820 for $4200.00 per month<br><br>Lease on nonresidential real property |
| Sports Composite DE, Inc.<br>5933 W. Century Blvd, Suite 840<br>Los Angeles, Ca 90045 | Suite 840 for $3172.40 per month<br><br>Lease on nonresidential real property |
| Jekins, Gate, Martinez<br>5933 W. Century Blvd, Suite 1000<br>Los Angeles, Ca 90045 | Suite 1000 for $15,674.40 per month<br><br>Lease on nonresidential real property |
| Schaefer Trans, Inc.<br>5933 W. Century Blvd, Suite 1014<br>Los Angeles, Ca 90045 | Suite 1014 for $4614.40 per month<br><br>Lease on nonresidential real property |
| AEI Systems, LLC<br>5933 W. Century Blvd, Suite 1100<br>Los Angeles, Ca 90045 | Suite 1100 for $4569.50 per month<br><br>Lease on nonresidential real property |
| Broadcore, Inc.<br>5933 W. Century Blvd, Suite 1100B<br>Los Angeles, Ca 90045 | Suite 1100B for $400.00 per month<br><br>Lease on nonresidential real property |
| L. Joseph Poliner, Inc.<br>Broadcore, Inc.<br>5933 W. Century Blvd, Suite 1110<br>Los Angeles, Ca 90045 | Suite 1110 for $1376.00 per month |

B 6G (Official Form 6G) (12/07)

In re  **LAX Royal Airport Center, LP**                               Case No.      11-bk-12333 - BB
_____                                   _____
          **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Countryman & McDaniel<br>Broadcore, Inc.<br>5933 W. Century Blvd, Suite 1111<br>Los Angeles, Ca 90045 | Suite 1111 for 5520.00 per month<br><br>Lease on nonresidential real property |
| Adexa, Inc.<br>5933 W. Century Blvd, Suite 1200A<br>Los Angeles, Ca 90045 | Suite 1200A for $6434.10 per month<br><br>Lease on nonresidential real property |
| Joseph J. Blake & Associates<br>5933 W. Century Blvd, Suite 1230<br>Los Angeles, Ca 90045 | Suite 1230 for $5777.26 per month<br><br>Lease on nonresidential real property |
| Koar Airport Associates<br>150 S. Los Robles Ave. Suite#655<br>Pasadena, CA 91101 | Land Lease<br><br>Lease on nonresidential real property |
|  |  |
|  |  |
|  |  |
|  |  |

B6H (Official Form 6H) (12/07)

In re  **LAX Royal Airport Center, LP**                             Case No.  **11-bk-12333 - BB**
_____                  _____
                     **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Robert Chang<br>120 Tobin Clark Drive<br>Hillsborough, Ca  94010 | Morgan Stanley Mortgage Capital, Inc.<br>5605 North MacArthur Blvd,, # 950<br>Irving. Texas  75038 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    LAX Royal Airport Center, LP

_____

Debtor

Case No.   11-bk-12333 - BB

Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $14,000,000.00 | | |
| B – Personal Property | YES | 4 | $    427,407.09 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 9,129,815.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 7,068,716.31 | |
| G - Executory Contracts and Unexpired Leases | YES | 4 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $        0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $        0.00 |
| TOTAL | | 22 | $14,427,407.09 | $16,198,531.89 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996v301X-06610 - PDF-XChange 3.0

10:55 AM

01/31/11

Accrual Basis

# LAX Royal Airport Center, LP
## Profit & Loss
### January through December 2010

|  | Jan - Dec 10 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 4110 · Tenant Rents | 845,243.65 |
| 4190 · Other Rental Operations | 1,200.00 |
| 4210 · Operating Exp Recoveries | 34,288.58 |
| 4910 · Other Non-Rental Income | 72,095.98 |
| **Total Income** | 952,828.21 |
| **Expense** |  |
| 5130 · Utilities |  |
| 5132 · Water | 251,724.88 |
| 5133 · Fire Service | 5,448.07 |
| 5134 · Electric | 41,880.63 |
| 5630 · Trash Removal | 6,944.84 |
| **Total 5130 · Utilities** | 305,998.42 |
| 5210 · Janitorial Service | 128,620.84 |
| 5220 · Janitorial Supplies | 16,851.90 |
| 5230 · Engineer Service | 3,516.79 |
| 5240 · Day Porter | 140.52 |
| 5320 · Elevator Repairs & Maint | 29,539.73 |
| 5415 · HVAC - Repairs | 19,478.52 |
| 5520 · Electrical Repairs | 1,041.87 |
| 5530 · Plumbing Repairs | 31.11 |
| 5540 · Ext. Repair and Maint | 1,013.89 |
| 5550 · Maint Building - Painting | 193.38 |
| 5590 · Repair and Maint-Other | 76,011.91 |
| 5620 · Pest Control | 3,665.37 |
| 5640 · Landscape Expenses | 9,600.00 |
| 5650 · Repairs & Maint-Lnscapng | 4,057.74 |
| 5670 · Signage | 266.62 |
| 5710 · Security Service | 119,831.94 |
| 5715 · Insurance Expense | 10,128.50 |
| 5716 · Earthquake Insurance | 65,069.00 |
| 5817 · Amortized-Lease Commission | 50,255.17 |
| 5820 · Onsite Office Expenses | 3,444.46 |
| 5830 · Onsite Wages & Benefits | 476.00 |
| 5850 · License/Permits | 11,317.29 |
| 5855 · Professional Fee |  |
| 5856 · Accounting Fee | 12,075.00 |
| 5857 · Attorney Fee | 3,516.85 |
| **Total 5855 · Professional Fee** | 15,591.85 |
| 5860 · Bank Svc Chrg | 641.38 |
| 6010 · Miscellaneous | 222.00 |
| 6020 · Earthquake and Flood | 1,200.00 |
| 6200 · Automobile Expenses |  |
| 6210 · Gasolines | 2,402.61 |
| 6220 · Carwash | 513.27 |
| 6230 · Automobile Repair | 1,108.10 |
| 6250 · Parking | 477.30 |
| 6260 · Toll | 22.00 |
| **Total 6200 · Automobile Expenses** | 4,523.28 |
| 6295 · Salary expenses |  |
| 6296 · EE salary expense | 133,312.00 |
| 6297 · ER payroll tax | 12,704.64 |

10:55 AM

01/31/11

Accrual Basis

# LAX Royal Airport Center, LP
## Profit & Loss
### January through December 2010

|  | Jan - Dec 10 |
|---|---|
| Total 6295 · Salary expenses | 146,016.64 |
| 6299 · Telephone | 9,204.41 |
| 6300 · Travel | |
|     6310 · Travel | 743.31 |
|     6300 · Travel - Other | 500.36 |
| Total 6300 · Travel | 1,243.67 |
| 6320 · Meals | 459.39 |
| 7200 · Tax | |
|     7210 · FTB TAX | 800.00 |
|     7230 · Property Taxes | 261,711.35 |
|     7240 · Property Taxes - Other | 341.10 |
| Total 7200 · Tax | 262,852.45 |
| 7290 · Gen & Admin-Other | 254.39 |
| 8210 · Ground Rent | 279,000.00 |
| 8230 · Rent - 13600 Marina Pointe Dr. | 75,771.20 |
| 8301 · Interest-1stNational#121030 | 13,492.73 |
| 8305 · Interest-Standard (A7120417) | 233,330.58 |
| 8307 · INTEREST - WAMU | 125,590.62 |
| 8308 · INTEREST-FirstRepblic-2228 PV | 200,080.66 |
| 8309 · Interest-(#70007722723) | 3,250.00 |
| 8310 · WF.mtg.interest-70-0400392 | |
|     8310-1 · LNR#M700400392-Prepay Premium | 1,253,495.99 |
|     8310-2 · LNR-700400392-LateFee | 42,820.24 |
|     8310 · WF.mtg.interest-70-0400392 - Other | 766,835.44 |
| Total 8310 · WF.mtg.interest-70-0400392 | 2,063,151.67 |
| 8311 · Interest-CathayBank#128600475 | 10,187.72 |
| 8314 · Interest-Cathay#128200012 | 1,718.91 |
| 8390 · Amortization- Loan fees | 20,576.00 |
| 8400 · Depreciation Exp. | 415,307.00 |
| Total Expense | 4,744,217.52 |
| Net Ordinary Income | -3,791,389.31 |
| Other Income/Expense | |
| Other Income | |
|     8500 · Interest Income | 52.91 |
| Total Other Income | 52.91 |
| Net Other Income | 52.91 |
| Net Income | -3,791,336.40 |

1:51 PM
01/25/11
Accrual Basis

# LAX Royal Airport Center, LP
## Projected Cash Flow Statement
### January through December 2011

| | Jan 11 | Feb 11 | Mar 11 | Apr 11 | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | TOTAL Jan - Dec 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| 4110 · Tenant Rents | 116,747.81 | 109,700.00 | 116,747.81 | 116,747.81 | 116,747.81 | 116,747.81 | 116,747.81 | 116,747.81 | 116,747.81 | 116,747.81 | 116,747.81 | 116,747.81 | 1,393,928.91 |
| 4190 · Other Rental Operations | | | | | | | | | | | | | 0.00 |
| 4210 · Operating Exp Recoveries | 3,575.42 | 3,372.64 | 3,575.42 | 3,575.42 | 3,575.42 | 3,575.42 | 3,575.42 | 3,575.42 | 3,575.42 | 3,575.42 | 3,575.42 | 3,575.42 | 42,702.28 |
| 4910 · Other Non-Rental Income | | | | | | | | | | | | | 0.00 |
| **Total Income** | 120,323.23 | 113,075.64 | 120,323.23 | 120,323.23 | 120,323.23 | 120,323.23 | 120,323.23 | 120,323.23 | 120,323.23 | 120,323.23 | 120,323.23 | 120,323.23 | 1,436,631.17 |
| **Expense** | | | | | | | | | | | | | |
| 5130 · Utilities | | | | | | | | | | | | | |
| 5132 · Water | 1,783.48 | 1,395.95 | 1,395.95 | 1,395.95 | 1,395.95 | 1,395.95 | 1,395.95 | 1,395.95 | 1,395.95 | 1,395.95 | 1,395.95 | 1,395.95 | 17,138.03 |
| 5133 · Fire Service | 212.39 | 212.39 | 215.50 | 212.39 | 212.39 | 212.39 | 212.39 | 212.39 | 212.39 | 212.39 | 212.39 | 212.39 | 2,551.87 |
| 5134 · Electric | 22,949.19 | 22,949.19 | 22,949.19 | 22,949.19 | 22,949.19 | 22,949.19 | 22,949.19 | 22,949.19 | 22,949.19 | 22,949.19 | 22,949.19 | 22,949.19 | 275,390.28 |
| 5530 · Trash Removal | 636.61 | 636.61 | 636.61 | 636.61 | 636.61 | 636.61 | 636.61 | 636.61 | 636.61 | 636.61 | 636.61 | 636.61 | 7,639.32 |
| **Total 5130 · Utilities** | 25,581.67 | 25,194.14 | 25,197.33 | 25,194.14 | 25,194.14 | 25,194.14 | 25,194.14 | 25,194.14 | 25,194.14 | 25,194.14 | 25,194.14 | 25,194.14 | 302,720.40 |
| 5210 · Janitorial Service | 9,331.81 | 9,331.81 | 8,436.44 | 8,436.44 | 8,948.93 | 8,948.93 | 8,948.93 | 8,948.93 | 8,948.93 | 8,948.93 | 9,501.80 | 10,021.80 | 109,153.68 |
| 5220 · Janitorial Supplies | 1,560.30 | 1,560.30 | 1,553.91 | 1,498.10 | 1,560.30 | 1,477.00 | 1,428.79 | 1,560.30 | 1,502.03 | 1,560.30 | 1,960.93 | 1,989.58 | 18,591.90 |
| 5230 · Engineer Service | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| 5320 · Elevator Repairs & Maint | 2,685.43 | 2,685.43 | 2,685.43 | 2,685.43 | 2,685.43 | 2,685.43 | 2,685.43 | 2,685.43 | 2,685.43 | 2,685.43 | 2,685.43 | 2,685.43 | 32,225.16 |
| 5415 · HVAC - Repairs | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 12,240.00 |
| 5520 · Electrical Repairs | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,200.00 |
| 5590 · Repair and Maint-Other | 6,062.96 | 6,062.96 | 6,062.96 | 6,062.96 | 6,062.96 | 6,062.96 | 6,062.96 | 6,062.96 | 6,062.96 | 6,062.96 | 6,062.96 | 6,062.96 | 72,755.52 |
| 5640 · Pest Control | 305.45 | 305.45 | 305.45 | 305.45 | 305.45 | 305.45 | 305.45 | 305.45 | 305.45 | 305.45 | 305.45 | 305.45 | 3,665.40 |
| 5650 · Landscape Expenses | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 9,600.00 |
| 5650 · Repairs & Maint-Lnscapng | 338.09 | 338.09 | 338.09 | 338.09 | 338.09 | 338.09 | 338.09 | 338.09 | 338.09 | 338.09 | 338.09 | 338.09 | 4,057.08 |
| 5670 · Signage | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 156.00 | 1,872.00 |
| 5710 · Security Service | 9,072.00 | 9,072.00 | 9,072.00 | 9,072.00 | 9,072.00 | 9,072.00 | 9,072.00 | 9,072.00 | 9,072.00 | 9,072.00 | 9,072.00 | 9,072.00 | 108,864.00 |
| 5716 · Earthquake Insurance | 6,351.90 | 6,351.90 | 6,351.90 | 6,351.90 | 6,351.90 | 6,351.90 | 6,351.90 | 6,351.90 | 6,351.90 | 6,351.90 | 6,351.90 | 6,351.90 | 76,222.80 |
| 5715 · Insurance Expense | 759.00 | 759.00 | 759.00 | 759.00 | 759.00 | 759.00 | 759.00 | 759.00 | 759.00 | 759.00 | 759.00 | 759.00 | 9,108.00 |
| 5920 · Onsite Office Expenses | 738.98 | 349.73 | 436.26 | 205.10 | | 182.85 | 128.25 | 911.52 | 53.34 | 102.11 | 229.25 | 111.24 | 3,877.89 |
| 5830 · Onsite Wages & Benefits | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 480.00 |
| 5890 · License/Permits | 6,341.06 | | | 61.00 | | | | | 71.00 | 71.00 | 802.00 | 40.00 | 7,275.06 |
| 5855 · Professional Fee | | | | | | | | | | | | | |
| 5856 · Accounting Fee | 1,006.25 | 1,006.25 | 1,006.25 | 1,006.25 | 1,006.25 | 1,006.25 | 1,006.25 | 1,006.25 | 1,006.25 | 1,006.25 | 1,006.25 | 1,006.25 | 12,075.00 |
| 5857 · Attorney Fee | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 60,000.00 |
| **Total 5855 · Professional Fee** | 6,006.25 | 6,006.25 | 6,006.25 | 6,006.25 | 6,006.25 | 6,006.25 | 6,006.25 | 6,006.25 | 6,006.25 | 6,006.25 | 6,006.25 | 6,006.25 | 72,075.00 |
| 6200 · Automobile Expenses | | | | | | | | | | | | | |
| 6010 · Miscellaneous | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 78.00 | 18.00 | 18.00 | 18.00 | | | | 222.00 |
| 5860 · Bank Svc Chrg | 41.37 | 53.26 | 53.26 | 53.26 | 53.26 | 53.26 | 53.26 | 53.26 | 53.26 | 53.26 | 53.26 | 53.26 | 627.23 |
| 6210 · Gasolines | 271.30 | 111.25 | 244.81 | 309.90 | | 146.78 | 443.71 | 243.36 | 360.59 | 83.12 | 126.72 | | 2,402.61 |
| 6220 · Carwash | 8.40 | | 7.20 | 16.77 | | 15.59 | 407.13 | 8.40 | 41.38 | | 8.40 | 62.06 | 513.27 |
| 6230 · Automobile Repair | | | | | | | | | 657.64 | | | | 1,109.10 |
| 6250 · Parking | 24.30 | | 403.00 | 450.46 | | | | | 50.00 | | | | 477.30 |

1:51 PM
01/29/11
Accrual Basis

## LAX Royal Airport Center, LP
### Projected Cash Flow Statement
### January through December 2011

| | Jan 11 | Feb 11 | Mar 11 | Apr 11 | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | TOTAL Jan - Dec 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6260 · Toll | | | | | | | 22.00 | | | | | | 22.00 |
| Total 6200 · Automobile Expenses | 304.00 | 111.26 | 655.01 | 777.13 | | 161.37 | 872.84 | 251.76 | 1,109.61 | 83.12 | 135.12 | 62.06 | 4,523.28 |
| 6285 · Salary expenses | | | | | | | | | | | | | |
| 6286 · EE Salary expense | 12,000.00 | 12,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 174,000.00 |
| 6297 · ER payroll tax | 1,900.00 | 1,900.00 | 1,900.00 | 1,900.00 | 1,900.00 | 1,900.00 | 1,900.00 | 1,900.00 | 1,900.00 | 1,900.00 | 1,900.00 | 1,900.00 | 22,800.00 |
| Total 6285 · Salary expenses | 13,900.00 | 13,900.00 | 16,900.00 | 16,900.00 | 16,900.00 | 16,900.00 | 16,900.00 | 16,900.00 | 16,900.00 | 16,900.00 | 16,900.00 | 16,900.00 | 196,800.00 |
| 6299 · Telephone | 788.31 | 788.31 | 788.31 | 788.31 | 788.31 | 788.31 | 788.31 | 788.31 | 788.31 | 788.31 | 788.31 | 1,214.33 | 9,885.74 |
| 6300 · Travel | | | | | | | | | | | | | |
| 6310 · Travel | | | | | | | | 99.40 | | | | 403.40 | 743.31 |
| 6300 · Travel - Other | 380.96 | | 119.40 | 240.51 | | | 0.00 | | | | | | 500.36 |
| Total 6300 · Travel | 380.96 | | 119.40 | 240.51 | | | 0.00 | 99.40 | | | | 403.40 | 1,243.67 |
| 6320 · Meals | 29.93 | | 28.88 | 42.54 | | 15.28 | 23.41 | 62.59 | 41.05 | 15.57 | | 200.14 | 459.39 |
| 7200 · Tax | | | | | | | | | | | | | |
| 7210 · FTB TAX | | | | 800.00 | | | | | | | | | 800.00 |
| 7230 · Property Taxes | | | | | | | 341.10 | | | | | | 341.10 |
| 7240 · Property Taxes - Other | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 249,180.00 |
| Total 7200 · Tax | 20,765.00 | 20,765.00 | 20,765.00 | 21,565.00 | 20,765.00 | 20,765.00 | 21,106.10 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 20,765.00 | 250,321.10 |
| 7290 · Gen & Admin-Other | 23,250.00 | 23,250.00 | 23,250.00 | 23,250.00 | 23,250.00 | 23,250.00 | 23,250.00 | 23,250.00 | 23,250.00 | 23,250.00 | 23,250.00 | 23,250.00 | 279,000.00 |
| 8210 · Ground Rent | 6,381.45 | 6,381.45 | 6,381.45 | 6,381.45 | 6,381.45 | 6,381.45 | 6,381.45 | 6,381.45 | 6,381.45 | 6,381.45 | 6,381.45 | 6,381.45 | 76,577.40 |
| 8230 · Rent - 13600 Marina Pointe Dr. | 7,544.70 | 7,544.70 | 7,544.70 | 7,544.70 | 7,544.70 | 7,544.70 | 7,544.70 | 7,544.70 | 7,544.70 | 7,544.70 | 7,544.70 | 7,544.70 | 90,536.40 |
| 8301 · Interest-1stNational#121030 | | | | 46.77 | | | 85.59 | | | | | | 132.36 |
| 8305 · Interest-Standard (A712041?) | 25,818.00 | 25,818.00 | 25,818.00 | 25,818.00 | 25,818.00 | 25,818.00 | 25,818.00 | 25,818.00 | 25,818.00 | 25,818.00 | 25,818.00 | 25,818.00 | 309,816.00 |
| 8307 · INTEREST - WAMU(47.79%) | 12,599.79 | 12,599.79 | 12,599.79 | 12,599.79 | 12,599.79 | 12,599.79 | 12,599.79 | 12,599.79 | 12,599.79 | 12,599.79 | 12,599.79 | 12,599.79 | 151,197.43 |
| 8308 · INTEREST-2228 PV(90.58%) | 16,425.17 | 16,425.17 | 16,425.17 | 16,425.17 | 16,425.17 | 16,425.17 | 16,425.17 | 16,425.17 | 16,425.17 | 16,425.17 | 16,425.17 | 16,425.17 | 197,102.04 |
| 8309 · Interest-(#700772723) | 276.03 | 276.03 | 276.03 | 276.03 | 276.03 | 276.03 | 276.03 | 276.03 | 276.03 | 276.03 | 276.03 | 276.03 | 3,312.36 |
| 8310 · WF.mtg.interest-70-0400392 | | | | | | | | | | | | | |
| 8310 · WF.mtg.interest-70-0400392 - Othe | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 898,371.12 |
| Total 8310 · WF.mtg.interest-70-0400392 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 74,864.26 | 898,371.12 |
| 8311 · int-Cathay/Bank#128060475 | 876.51 | 876.51 | 876.51 | 876.51 | 876.51 | 876.51 | 876.51 | 876.51 | 876.51 | 876.51 | 876.51 | 876.51 | 10,518.12 |
| 8314 · int-Cathay#122200012(22.31%) | 166.10 | 166.10 | 166.10 | 166.10 | 166.10 | 166.10 | 166.10 | 166.10 | 166.10 | 166.10 | 166.10 | 166.10 | 1,993.26 |
| Total Expense | 255,074.42 | 260,046.96 | 256,585.89 | 278,225.39 | 256,298.29 | 256,198.29 | 277,944.71 | 257,187.30 | 256,055.55 | 256,055.55 | 279,123.00 | 278,694.04 | 3,168,502.79 |
| Net Projected Cash Flow | -134,751.19 | -146,971.32 | -136,262.66 | -157,902.16 | -135,975.06 | -135,875.06 | -157,621.48 | -136,864.07 | -135,742.80 | -135,734.33 | -158,800.67 | -158,370.81 | -1,731,871.62 |

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re | LAX Royal Airport Center, LP | Case No. | 11-bk-12333 - BB |
| | Debtor | | |
| | | Chapter | 11 |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

B6 (Official Form 6 - Declaration) (12/07)

LAX Royal Airport Center, LP

In re _____    Case No. ___11-bk-12333 - BB___
          **Debtor**                                                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____         Signature: _____
                                                             Debtor:

Date _____         Signature: _____
                                                            (Joint Debtor, if any)

                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____        _____
      Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the ___Managing Member of Managing Partner___ [ the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ___Lax Royal Airport Center, LP___ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___02\25\2011_____        Signature: ___/s/ Robert Chang_____

                                                    ___ROBERT CHANG___
                                        [Print or type name of individual signing on behalf of debtor.]

            *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In Re  LAX Royal Airport Center, LP                                    Case No.  11-bk-12333 - BB
                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE |
|---|---|---|---|
| 2011 | 99335.00 | Rental Income | FY: 01/2011 to 02/2011 |
| 2010 | 1519099.00 | Rental Income | |
| 2009 | 2108104.00 | Rental Income | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31996c301X-09610 - PDF-XChange 3.0

**2.    Income other than from employment or operation of business**

None

☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 2011 | 0.00 |
| 2010 | 0.00 |

**3.  Payments to creditors**

None

☒    *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐    *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ladwp<br>Po Box 30808<br>Los Angeles, CA 90030 | 12/9/2010 | 24405.67 | 21,957.49 |
| Koar Airport Associates<br>150 S. Los Robles Ave. Suite#655<br>Pasadena, CA 91101 | 10/28/2010 | 23250.00 | 23,250.00 |
| Afco Insurance Premium Finance<br>Department 7200<br>Los Angeles, CA 9088 | 11/3/2010 | 6351.90 | 6,351.90 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| 1350 San Mateo Partners<br>475 El Camino Real<br>Millbrae , CA 94030 | 11/12/2010 | 12000.00 | |
| American Building Maintenance Co.<br>5200 S. Eastern Avenue<br>Los Angeles, CA 90040 | 11/12/2010 | 8436.44 | 92,648.23 |
| Ladwp<br>Po Box 30808<br>Los Angeles, CA 90030 | 11/12/2010 | 23848.12 | |
| Stancorp Mortgage<br>19225 Nw Tanasbourne Drive<br>Hillsboro , OR 97124 | 11/5/2010 | 25665.00 | |
| Robert & Susan Chang Trust<br>475 El Camino Real<br>Millbrae , CA 94030 | 10\28\2010 | 18133.33 | |
| Chase Bank<br>Po Box 78148<br>Phoenix , AZ 85062 | 10/31/2010 | 26364.90 | |
| Koar Airport Associates<br>150 S. Los Robles Ave. Suite#655<br>Pasadena , CA 91101 | 11/24/2010 | 23250.00 | |
| Afco<br>Department 7200<br>Los Angeles , CA 90088 | 12/2/2010 | 6351.90 | |
| 1350 San Mateo Partners<br>475 El Camino Real<br>Millbrae , CA 94030 | 12/9/2010 | 12000.00 | |
| Los Angeles County Tax Collector<br>Po Box 54018<br>Los Angeles , CA 90054 | 12/9/2010 | 124588.48 | |
| Colliers International<br>3401 Center Lake Drive, Ste 150<br>Ontario , CA 91761 | 12/9/2010 | 11814.38 | |
| Robert & Susan Chang Trust<br>475 El Camino Real<br>Millbrae , CA 94030 | 11/24/2010 | 18133.33 | |
| Chase Bank<br>Po Box 78148<br>Phoenix , AZ 85062 | 11/24/2010 | 26364.90 | |
| Los Angeles County Tax Collector<br>Po Box 54018<br>Los Angeles , CA 90054 | 12/2/2010 | 5199.09 | |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Koar Airport Associates<br>150 S. Los Robles Ave. Suite#655<br>Pasadena , CA 91101 | 12/23/2010 | 23250.00 | |
| Afco<br>Department 7200<br>Los Angeles , CA 90088 | 12/29/2010 | 6351.90 | |
| Los Angeles Department Of Water & Power<br>Po Box 30808<br>Los Angeles , CA 90030 | 1/13/2011 | 22857.12 | |
| Chase Bank<br>Po Box 78148<br>Phoenix , AZ 85062 | 12/23/2010 | 26364.90 | |
| Robert & Susan Chang Trust<br>475 El Camino Real<br>Millbrae , CA 94030 | 12/23/2010 | 18133.33 | |

None

☐

    *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Jason Chang<br>120 Tobin Clark Dr<br>Hillsborough , CA 94010<br>Relationship: Limited Partner and Employee | 2010 | 23000.00 | |
| Irene Chang<br>13600 Marina Pointe Dr, #1003<br>Marina Del Rey , CA 90292<br>Relationship: Limited Partner and Employee | 2010 | 23000.00 | |
| Johnson Chang<br>13600 Marina Pointe Dr, #1003<br>Marina Del Rey , CA 90292<br>Relationship: Limited Partner and Employee | 2010 | 23000.00 | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
☐      preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Falcon Waterfree Technologies LLC v. LAX Royal Airport Center | Collection | | Stayed |
| JR Development dba Mercury Construction v. Koar International Airport Center, Et. Al. YC062969 | Collection Action | Superior Court of California County of Los Angeles Torrance Branch | Stayed by bankruptcy |

None   b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
       13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒         lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
          (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
          both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None      a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒        the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
         assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
         joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None      b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒        year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
         must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
         the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.    Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒        case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
         member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
         12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒        commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or
         chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐    for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Michael N. Sofris<br>Michael N. Sofris<br>468 N. Camden Drive  #200<br>Beverly Hills, California 90210 | 02\18\2011<br>Payor: Robert Chang | $15,000.00 |

**10.   Other transfers**

None      a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒    of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

     b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☒    were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

**12.  Safe deposit boxes**

None ☒      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ☒      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☐      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Broadcore, Inc.<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | $11000.00 Security Deposit | Deposit Account |
| Magnify360, Inc.<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | $5000.00 Security Deposit | Deposit Account |
| Natural Gourmet<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | $2256.00 Security Deposit | Deposit Account |
| California Faculty Association<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $4,570.95 | Deposit Accoung |
| Alvin L. Pittman<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $3,539.40 | Deposit Account |
| Colonial South Bay Insurance Brokers<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $1,267.30 | Deposit Account |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. – ver. 4.5.9.755 - 31996-301X-09610 - PDF-XChange 3.0

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Olive-3 Technologies<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $1,500 | Deposit Account |
| Novapro Risk Solutions<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $3,390.00 | Deposit Account |
| Manuel Saint Marin<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $3,000.00 | Deposit Account |
| Austin Commercial, Lp<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $5,100.00 | Deposit Account |
| Pacifica Realty Group<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $2,000.00 | Deposit Account |
| Wayne S. Mattox<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $2,000.00 | Deposit Account |
| Festival Companies<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $2,311.80 | Deposit Account |
| Joseph J. Blake<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $6,159.86 | Deposit Account |
| Allied T. Pro West<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $7,795.00 | Deposit Account |
| Excela Business Services, Inc.<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $4,200 | Deposit Account |
| Sports Composite De, Inc.<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $9,403.90 | Deposit Account |
| Jenkins, Gales, Martinez<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $1,289.00 | Deposit Account |
| Aei Systems, Llc<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $5,059.20 | Deposit Account |
| Schaefer Trans Inc.<br>5933 W Century Blvd<br>Los Angeles , CA 90045 | Security Deposit: $4,614.40 | Deposit Account |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31996-301X-09610 - PDF-XChange 3.0

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Broadcore, Inc. 5933 W Century Blvd Los Angeles , CA 90045 | Security Deposit: $400.00 | Deposit Account |
| Ocean Park Advisor, Llc 5933 W Century Blvd Los Angeles , CA 90045 | Security Deposit: $3,000 | Deposit Account |
| Joseph L. Poliner 5933 W Century Blvd Los Angeles , CA 90045 | Security Deposit: $1,366.20 | Deposit Account |
| Countryman & Mcdaniel 5933 W Century Blvd Los Angeles , CA 90045 | Security Deposit: $5,135.15 | Deposit Account |
| Adexa 5933 W Century Blvd Los Angeles , CA 90045 | Security Deposit: $23,973.30 | Deposit Account |

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| LAX Royal Airport Center, LP | 56-2506233 | 475 El Camino Real, Suite 407 Millbrae, Ca 94030 | Single Asset Real Estate | 02/23/2004 |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☐

| NAME | ADDRESS |
|---|---|
| LAX Royal Airport Center, LP | 5933 W. Century Blvd. Los Angeles, Ca  90045 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐            bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Simon Wang, CPA<br>10 Rollins Rd.  Suite 111<br>Millbrae, Ca  94030 | 2008-Present |
| Nelson Chien, CPA<br>2246 29th Ave.<br>San Francisco, Ca  94116 | 2004-Present |
| Cindy Shi<br>10053 South Tantau Ave.<br>Cupertino, Ca  95014 | 2004-2008 |

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒            have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐            of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| LAX Royal Airport Center, LP | 5933 W. Century Blvd.,  Suite 618<br>Los Angeles, California  90045 |
| Robert Chang & Associates | 475 El Camino Real, Suite 407<br>Millbrae, Ca 94030 |

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒          financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                    DATE
                                                   ISSUED

### 20. Inventories

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒          taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒          reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                              INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Irene Chang<br>13600 Marina Pointe Dr, #1003<br>Marina Del Rey , CA 90292 | Limited Partner | 10 |
| Jason Chang<br>120 Tobin Clark Dr<br>Hillsborough , CA 94010 | Limited Partner | 10 |
| Johnson Chang<br>13600 Marina Pointe Dr, #1003<br>Marina Del Rey , CA 90292 | Limited Partner | 10 |
| Amy Finn<br>120 Tobin Park Drive<br>Hillborough, Ca  94010 | Limited Partner | 20 |
| Susan Chang<br>120 Tobin Park Drive<br>Hillborough, Ca  94010 | Limited Partner | 49 |
| LAX Royal Airport Center, LLC<br>475 El Camino Real Suite 407<br>Millbrae, Ca 94030 | Limited Partner | 1 |

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☒     or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22.  Former partners, officers, directors and shareholders**

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒     preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒     within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.  Withdrawals from a partnership or distribution by a corporation**

None        If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☐     including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
       during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Irene Chang<br>13600 Marina Pointe Dr, #1003<br>Marina Del Rey , CA 90292<br>Relationship: Limited Partner and Employee | 2010 Salary (Combined) | 23000.00 |
| Jason Chang<br>120 Tobin Clark Dr<br>Hillsborough , CA 94010<br>Relationship: Limited Partner and Employee | 2010 Salary (Combined) | 23000.00 |
| Johnson Chang<br>13600 Marina Pointe Dr, #1003<br>Marina Del Rey , CA 90292<br>Relationship: Limited Partner and Employee | 2010 Salary (Combined) | 23000.00 |

**24.  Tax Consolidation Group**

None         If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☒           any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
            period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25.  Pension Funds**

None         If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒           which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
            immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

*    *    *    *    *    *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    02\25\2011                              Signature    /s/ Robert Chang

                                                             ROBERT CHANG,
                                                             Managing Member of Managing Partner

                                                             Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Lax Royal Airport Center, LP
475 El Camino Real, Ste 407
Millbrae, Ca    94030


Michael N. Sofris
Michael N. Sofris
468 N. Camden Drive  #200
Beverly Hills, California 90210

Adexa, Inc.
5933 W. Century Blvd, Suite 1200A
Los Angeles, Ca 90045


AEI Systems, LLC
5933 W. Century Blvd, Suite 1100
Los Angeles, Ca 90045


Allied T. Pro West, Inc.
5933 W. Century Blvd, Suite 422
Los Angeles, Ca 90045


Alvin L. Ptitman
5933 W. Century Blvd, Suite 230
Los Angeles, Ca 90045


American Building Maintenance Co.
5200 S. Eastern Avenue
Los Angeles, CA 90040


American Guard Services
American Guard Services P.o.box 80026
City Of Industry, CA 91716


AT&T
Payment Center
Sacramento, CA 95887


AT&T
Payment Center
Sacramento, CA 95887


AT&T
Payment Center
Sacramento, CA 95887


AT&T
Payment Center
Sacramento, CA 95887

```
AT&T
Payment Center
Sacramento, CA 95887


AT&T
Payment Center
Sacramento, CA 95887


AT&T
Payment Center
Sacramento, CA 95887


AT&T
Payment Center
Sacramento, CA 95887


Athens Trash Service
P.o. Box 60009
City Of Industry, CA 91716


Austin Commercial, LP
5933 W. Century Blvd, Suite 610
Los Angeles, Ca 90045


Broadcore, Inc.
5933 W. Century Blvd, Suite 100
Los Angeles, Ca 90045


Broadcore, Inc.
5933 W. Century Blvd, Suite 1100B
Los Angeles, Ca 90045


California Faculty Association
5933 W. Century Blvd, Suite 220
Los Angeles, Ca 90045


Cathay Bank
9650 Flair Drive, 3rd Floor
El Monte, CA 91731
```

Cb Richard Ellis
111 Huntington Ave., 12th Floor
Boston, MA 02199


Citibank (line Of Credit)
100 Citibank Dr Bldg 1 Fl 1
San Antonio, TX 78245


City Of La Building & Safety
Po Box 514260
Los Angeles, CA 90051


City Of Los Angeles - Dept. Of Fire
200 N. Main Street, Rm. 1620
Los Angeles, CA 90012


Colliers International
3401 Center Lake Drive, Ste 150
Ontario, CA 91761


Colonial South Bay Insurance Brokers
5933 W. Century Blvd, Suite 322
Los Angeles, Ca 90045


Countryman & McDaniel
Broadcore, Inc.
5933 W. Century Blvd, Suite 1111
Los Angeles, Ca 90045


County Of Los Angeles
Commerce Drive, Room 117
Baldwin Park, CA 91706


Critical Environments, Inc.
P.o. Box 12259
Newport Beach, CA 92658


Diversified Thermal Services, Inc.
1220 North Barsten Way
Anaheim, CA 92806

Dunn-edwards Paints
P.o.box 30389
Los Angeles, CA 90030


Engineering Services Co.
24141 Brookings Court
Valencia, CA 91355


Excela Business Services, Inc.
5933 W. Century Blvd, Suite 820
Los Angeles, Ca 90045


Falcon Waterfree
11835 West Olympic Blvd.,#1020e
Los Angeles, CA 90064


Festival Companies
5933 W. Century Blvd, Suite 620
Los Angeles, Ca 90045


First American Title Insurance Company
3 First American Way
Santa Ana, Ca   92707


General Dynamics Adv.
5933 W. Century Blvd, Suite 700
Los Angeles, Ca 90045


Generator Services Co.
10255 Philadelphia Court
Rancho Cucamonga, CA 91730


Greenline Products, Inc.
13249 E. Imperial Hwy
Whittier, CA 90605


Irene Chang
13600 Marina Pointe Dr, #1003
Marina Del Rey, CA 90292

Isc Electronic Systems
18115 La Salle Avenue
Gardena, CA 90248


Jekins, Gate, Martinez
5933 W. Century Blvd, Suite 1000
Los Angeles, Ca 90045


John Ottinger
WEST COAST TENANT ADVISORS, INC.
820 Manhattan Ave., Suite 205
Manhattan Beach, CA 90266


Johnson Chang
120 Tobin Clark Dr
Hillsborough, CA 94010


Joseph J. Blake & Associates
5933 W. Century Blvd, Suite 1230
Los Angeles, Ca 90045


Keane, Inc.
5933 W. Century Blvd, Suite 500
Los Angeles, Ca 90045


Koar Airport Associates
150 S. Los Robles Ave. Suite#655
Pasadena, CA 91101


Koar Airport Associates
150 S. Los Robles Ave. Suite#655
Pasadena, CA 91101


L. Joseph Poliner, Inc.
Broadcore, Inc.
5933 W. Century Blvd, Suite 1110
Los Angeles, Ca 90045


Ladwp 1137975863-firesvc
Po Box 30808
Los Angeles, CA 90030

```
Ladwp# 1136997449-electric
Po Box 30808
Los Angeles, CA 90030


Ladwp# 1137975836-water
Po Box 30808
Los Angeles, CA 90030


Lnr Partners,llc
1601 Washington Ave Suite 700
Miami Beach, FL 33139


Magnify360 Inc
5933 W. Century Blvd, Suite 105
Los Angeles, Ca 90045


Manuel Saint Martin
5933 W. Century Blvd, Suite 806
Los Angeles, Ca 90045


Morgan Stanley Mortgage Capital, Inc.
5605 North MacArthur Blvd,, # 950
Irving. Texas   75038


Natural Gourment
Broadcore, Inc.
5933 W. Century Blvd, Suite 110
Los Angeles, Ca 90045


Olive-3 Technologies LLC
5933 W. Century Blvd, Suite 410
Los Angeles, Ca 90045


Pacifica Realty Group
5933 W. Century Blvd, Suite 614
Los Angeles, Ca 90045


Robert Chang
120 Tobin Clark Drive
Hillsborough, Ca  94010
```

Robert Chang and Susan Chang
120 Tobin Clark Drive
Hillsborough, Ca  94010


Schaefer Trans, Inc.
5933 W. Century Blvd, Suite 1014
Los Angeles, Ca 90045


Siemens Industry, Inc.
7850 Collections Center Dr.
Chicago, IL 60693


Simon Z. Wang, Cpa
10 Rollins Road, Suite 111
Millbrae, CA 94030


Sports Composite DE, Inc.
5933 W. Century Blvd, Suite 840
Los Angeles, Ca 90045


Susan Chang
120 Tobin Clark Drive
Hillsborough, Ca  94010


Tri-chem Technology, Corp.
21520-g Yorba Linda Blvd.
Yorba Linda, CA 92887


Ward North America, Inc
5933 W. Century Blvd, Suite 420
Los Angeles, Ca 90045


Wayne S. Mattox
5933 W. Century Blvd, Suite 615
Los Angeles, Ca 90045

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   <u>LAX Royal Airport Center, LP</u> ,

                  Debtor

Case No.   <u>11-bk-12333 - BB</u>

Chapter   <u>11</u>

## VERIFICATION OF CREDITOR MATRIX

     I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 8 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6). I assume all responsibility for errors and omissions.

Date   <u>02\25\2011</u>

Signature   <u>/s/ Robert Chang</u>

ROBERT CHANG,
Managing Member of Managing Partner

Michael N. Sofris
Michael N. Sofris
468 N. Camden Drive #200
Beverly Hills,
California 90210
(310) 229-4505
(310) 388-0535

B203
12/94

# United States Bankruptcy Court
## Central District of California

In re  LAX Royal Airport Center, LP

Case No. _____11-bk-12333 - BB_____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........…………………….......... $  15,000.00

Prior to the filing of this statement I have received ........…………….............. $  15,000.00

Balance Due ...................................................................................…............. $  0.00

2.  The source of compensation paid to me was:

☐ Debtor          ☑ Other (specify)    Robert Chang

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5-9.755 - 31996-301X-09610 - PDF-XChange 3.0

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

02\25\2011
_____
Date

/s/ Michael N. Sofris
_____
Signature of Attorney

Michael N. Sofris
_____
Name of law firm

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Michael N. Sofris, Esq.  SBN  170018
Action Legal Team
468 N. Camden Drive, Suite 200
Beverly Hills, California  90210

☒ Attorney for: LAX Royal Airport Center  LP

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: LAX Royal Airport Center  LP

Debtor(s).

CASE NO.: 11

CHAPTER:

ADV. NO.:

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☑ Petition, statement of affairs, schedules or lists
☐ Amendments to the petition, statement of affairs, schedules or lists
☐ Other: _____

Date Filed: 02/15/2011
Date Filed: _____
Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____
Signature of Authorized Signatory of Filing Party

Robert Chang
_____
Printed Name of Authorized Signatory of Filing Party

Managing Member of Managing Partner
_____
Title of Authorized Signatory of Filing Party

02/15/2011
_____
Date

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____
Signature of Attorney for Filing Party

Michael N. Sofris
_____
Printed Name of Attorney for Filing Party

02/15/2011
_____
Date

November 2008      This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.