RANDY P. ORLIK (State Bar No. 88025)
COX, CASTLE & NICHOLSON LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90067-3284
Telephone: (310) 277-4222
Facsimile: (310) 277-7889
Email: rorlik@coxcastle.com

Attorneys for Creditor
KOAR AIRPORT ASSOCIATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

LAX ROYAL AIRPORT CENTER LP,

Debtor.

Case No. 2:11-bk-12333-BB

Chapter 11

COMMENTS OF KOAR AIRPORT ASSOCIATES TO DEBTOR'S CHAPTER 11 DISCLOSURE STATEMENT

Date:           July 13, 2011
Time:           2:00 p.m.
Place:          Courtroom 1475
                United States Bankruptcy Court
                255 E. Temple Street
                Los Angeles, CA 90012

As noted in Debtor's Chapter 11 Disclosure Statement ("Disclosure Statement"), the land upon which Debtor's high rise commercial office building is located is leased by Debtor from KOAR AIRPORT ASSOCIATES ("KOAR") pursuant to a ground lease which commenced on November 17, 1986, and runs through 2028 ("Ground Lease"). The Disclosure Statement does not contain any information as to the terms of the Ground Lease. Most importantly the Disclosure Statement contains no discussion of the upcoming change in rent under the Ground Lease.

Pursuant to the terms of the Ground Lease, base rent for the 17 year option period commencing June 17, 2011 is to be reset. The new base rent will be increased to "an amount which is the sum of the aggregate of (i) the greater of (1) six percent (6%) of the fair market value of the Demised Premises determined by an appraisal to be made as hereinafter provided in this Article IV, or

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA    62641\4084713v1

COMMENTS OF KOAR TO DEBTOR'S
CHAPTER 11 DISCLOSURE STATEMENT

(2) the sum of $41,843.14 and (ii) the sum of $101,205.72, provided, however, the annual net basic rental during said period shall never be less than $143,048.86." Pursuant to Article IV of the Ground Lease, if the landlord and tenant cannot agree on the fair market value of the Demised Premises, the value determination is to be made by a panel of three appraisers. This process will likely take a number of months. At the end of the process, the new base rent will be set and the tenant will be obligated to pay the increased base rent retroactive to June 17, 2011 and going forward during the 17 year option period.

The Disclosure Statement should be amended to reflect the status of the Ground Lease.

DATED: June 15, 2011

COX, CASTLE & NICHOLSON LLP

By: *Randy Orlik* (signature)
Randy P. Orlik
Attorneys for Creditor
KOAR AIRPORT ASSOCIATES

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

62641\4084713v1

- 2 -

COMMENTS OF KOAR TO DEBTOR'S
CHAPTER 11 DISCLOSURE STATEMENT

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2049 Century Park East, 28th Floor, Los Angeles, California 90067-3284.

The foregoing document described as **COMMENTS OF KOAR INTERNATIONAL AIRPORT CENTER INVESTMENT PARTNERSHIP TO DEBTOR'S CHAPTER 11 DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 15, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Mark S Bostick    mbostick@wendel.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- Dare Law    dare.law@usdoj.gov
- Hal M Mersel    mark.mersel@bryancave.com
- Randy P Orlik    rorlik@coxcastle.com
- Michael N Sofris    michael@sofris.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)</u>: On **June 15, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

<u>Chambers Copy – Via Federal Express</u>
Honorable Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012

☐ Service information continued on attached page

III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA    62641\4084713v1

COMMENTS OF KOAR TO DEBTOR'S
CHAPTER 11 DISCLOSURE STATEMENT

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2  | June 15, 2011 | Fay Brown | *Fay Brown* |
   |---|---|---|
   | Date | Type Name | Signature |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

62641\4084713v1

- 2 -

COMMENTS OF KOAR TO DEBTOR'S
CHAPTER 11 DISCLOSURE STATEMENT