Michael N. Sofris, Esq., SBN 170018
Action Legal Team
468 North Camden Drive, Suite 200
Beverly Hills, California  90210-4507
Telephone (310) 229-4505

Attorneys for Debtor In Possession,
LAX ROYAL AIRPORT CENTER, LP

**FILED & ENTERED**

**JUL 08 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No.: 2:11-bk-12333-BB |
| LAX ROYAL AIRPORT CENTER, LP | Chapter 11 |
| | Order Authorizing Continued Use Of Cash Collateral Through The Earlier of September 9, 2011, or The Effective Date of A Sale of The Real Property |
| Debtor. | |
| | Hearing Date: June 9, 2011<br>Hearing Time: 11:00 a.m.<br>Hearing Dept.: 1475 |

On June 9, 2011, at 11:00 a.m., in the above-captioned case, a hearing was held on the Debtor's Motion To Continue To Use of Cash Collateral (the "Motion") filed by LAX ROYAL AIRPORT CENTER, LP (the "Debtor").  Appearances were noted on the record.

Having considered the Debtor's Motion, and considering the  Conditional Non-Opposition of Secured Creditor MSCI 2006-IQ11 West Century Limited Partnership ("Lender")

to the Debtor's Motion, and no other Opposition to the Debtor's request having been received, the Court rules as follows:

It is ORDERED that:

1.        The Debtor is authorized to continue to use Lender's Cash Collateral for operating and maintenance expenses, property taxes, insurance (for the property and workers compensation and medical insurance for non-insider employees), non-insider salaries and, to the extent available, mortgage payments, through and until the earlier of September 9, 2011, or the effective date of a sale of the real property subject to Cash Collateral.  In addition, to the extent authorized by insider compensation procedures, to pay compensation and benefits to insiders. (In other words, if creditor objects to compensation or benefits being paid to insiders, it should raise those objections in response to insider compensation requests.)  Debtor is authorized to pay the foregoing expenses in their actual amounts, which shall not exceed the Debtor's budget plus a 10 percent variance (absent the Lender's consent);

2.        Authorization to use Cash Collateral is effective through September 9, 2011 or until the effective date of a sale of the real property subject to Cash Collateral, whichever occurs first. (the "Operative Period").

3.        The Debtor shall provide Lender or Lender's counsel with proof of payment property insurance and property tax payments when those expenses are paid;

4.        The Debtor shall provide Lender with bank account statements for its DIP accounts on a monthly basis, including, but not limited to, the separate account the DIP maintains for property taxes;

5.        The Debtor shall provide supporting documentation for any other reasonable requests the Lender may make regarding the use of Cash Collateral;

6.      Any excess rents shall be held in a segregated, interest-bearing account;

7.      The Debtor is ordered to either evict non rent paying affiliates or collect a market rental rate from them.  No affiliates of the Debtor may use the Property rent free.

8.      Lender shall receive  replacement liens on post-petition rents to secure the diminution in value of its prepetition collateral. Post-petition liens shall have the same validity and priority as prepetition liens.

9.      This order and anything contained herein shall not supersede the earlier order granting in part Lender's motion for relief from stay [Docket No. 69], or in any way impair, prohibit or limit Lender's rights thereunder.

So Ordered.

**Approved as to form:**
BRYAN CAVE LLP

_____

Sheri Kanesaka
Attorneys for Secured Creditor
MSCI 2006-IQ11 West Century Limited Partnership

####

DATED: July 8, 2011

_____
United States Bankruptcy Judge

7.     The Debtor is ordered to either evict nonrent paying affiliates or collect a market rental rate from them.  No affiliates of the Debtor may use the Property rent free.

8.     Lender shall receive  replacement liens on post-petition rents to secure the diminution in value of its prepetition collateral. Post-petition liens shall have the same validity and priority as prepetition liens.

9.     This order and anything contained herein shall not supersede the earlier order granting in part Lender's motion for relief from stay [Docket No. 69], or in any way impair, prohibit or limit Lender's rights thereunder.


So Ordered.



Dated: _____

                                                          _____
                                                          United States Bankruptcy Court Judge
                                                          Central District of California


**Approved as to form:**
BRYAN CAVE LLP

_____
Sheri Kanesaka
Attorneys for Secured Creditor
MSCI 2006-IQ11 West Century Limited Partnership

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

468 N. Camden Drive, Suite 200, Beverly Hills, California 90210

A true and correct copy of the foregoing document described Order Authorizing Continued Use Of Cash Collateral For An Additional 90 Day Period Through The Earlier of September 7, 2011, or The Effective Date of A Sale of The Real Property will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 06/28/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 06/28/2011  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*The Honorable Sheri Bluebond, US Bankruptcy Court,* **255 E. Temple Street, Ste 1482, Los Angeles,, Ca  90012**

☐   Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

mark.mersel@bryancave.com

sheri.kanesaka@bryancave.com                    ☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/28/2011 | Michael N. Sofris | /s/ Michael N. Sofris |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1

**<u>NOTE TO USERS OF THIS FORM</u>**:

2

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

3

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

4

5

6

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

7

Notice is given by the court that a judgment or order entitled (*specify*) Order Authorizing Continued Use Of Cash Collateral For An Additional 90 Day Period Through The Earlier of September 7, 2011, or The Effective Date of A Sale of The Real Property was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

8

9

10

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_06/28/2011___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

11

12

13

Mark S Bostick on behalf of Interested Party Wendel Rosen Black & Dean LLP

14

mbostick@wendel.com; Sheri Kanesaka on behalf of Creditor MSCI 2006-IQ11 West Century Limited Partnership sheri.kanesaka@bryancave.com Dare Law on behalf of U.S. Trustee United States Trustee (LA)

15

dare.law@usdoj.gov Hal M Mersel on behalf of Creditor MSCI 2006-IQ11 West Century Limited Partnership mark.mersel@bryancave.com Randy P Orlik on behalf of Creditor Courtesy NEF

16

rorlik@coxcastle.com Michael N Sofris on behalf of Debtor LAX Royal Airport Center, LP michael@sofris.com United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

17

18

☐ Service information continued on attached page

19

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

20

21

22

☐ Service information continued on attached page

23

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

24

25

26

27

☒ Service information continued on attached page

28

Order Granting Request To Continue To Use Cash Collateral - 5

ADDITIONAL SERVICE INFORMATION (if needed):

## **Twenty Largest Unsecured Creditors**

|TRI-CHEM TECHNOLOGY CORP |21520-G YORBA LINDA BLVD|YORBA LINDA CA 92887
|AT &T |PAYMENT CENTER|SACRAMENTO CA 95887
|ENGINEERING SERVICES CO |24141 BROOKINGS COURT|VALENCIA CA 91355
|CRITICAL ENVIRONMENTS INC |PO BOX 12259|NEWPORT BEACH CA 92658
|SIEMENS INDUSTRY INC |7850 COLLECTIONS CENTER DR|CHICAGO IL 60693
|GENERATOR SERVICES CO |10255 PHILADELPHIA COURT|RANCHO CUCAMONGA CA 91730
|SIMON Z WANG CPA |10 ROLLINS ROAD SUITE 111|MILLBRAE CA 94030
|CITY OF LA BUILDING AND SAFETY |PO BOX 514260|LOS ANGELES CA 90051
|ISC ELECTRONIC SYSTEMS |18115 LA SALLE AVENUE|GARDENA CA 90248
|IRENE CHANG |13600 MARINA POINTE DR 1003|MARINA DEL REY CA 90292
|CB RICHARD ELLIS |111 HUNTINGTON AVE 12TH FLOOR|BOSTON MA 02199
DIVERSIFIED THERMAL SERVICES INC |1220 NORTH BARSTEN WAY|ANAHEIM CA 92806
|JOHN OTTINGER |WEST COAST TENANT ADVISORS INC|820 MANHATTAN AVE SUITE
205|MANHATTAN BEACH CA 90266
|CITY OF LOS ANGELES - DEPT OF FIRE |200 N MAIN STREET RM 1620|LOS ANGELES CA 90012
|COLLIERS INTERNATIONAL |3401 CENTER LAKE DRIVE STE 150|ONTARIO CA 91761
|FALCON WATERFREE |11835 WEST OLYMPIC BLVD1020E|LOS ANGELES CA 90064
|AMERICAN GUARD SERVICES |AMERICAN GUARD SERVICES POBOX 80026|CITY OF INDUSTRY CA
91716
|AMERICAN BUILDING MAINTENANCE CO |5200 S EASTERN AVENUE|LOS ANGELES CA 90040
|SUSAN CHANG |120 TOBIN CLARK DRIVE|HILLSBOROUGH CA 94010