Michael N. Sofris, Esq., SBN 170018
ACTION LEGAL TEAM
468 North Camden Drive, Suite 200
Beverly Hills, California  90210-4507
Telephone (310) 229-4505
Facsimile  (310) 388-0535


Proposed Attorneys for LAX ROYAL AIRPORT CENTER, LP


UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No.: 11-12333 |
| LAX ROYAL AIRPORT CENTER, LP | Chapter 11 |
| | Chapter 11 Debtor's Status Report Re: Adequate Protection Payments To Secured Creditor |
| Debtor. | Hearing Date: July 13, 2011<br>Hearing Time:2:00 pm<br>Courtroom: 1475 |

To This Honorable Court, All Creditors In Interest and Their Attorneys of Record:

LAX ROYAL AIRPORT CENTER, LP  ("Debtor" or "DIP") respectfully files the

attached report on compliance with the Court's Granting In Part, Continuing In Part Motion For

Relief From Automatic Stay entered on June 16, 2011:

_____

1    **A.**      **The Debtor In Possession Has Made All Of Its Adequate Protection Payments As**

2        **Ordered By The Court**

3        Attached to this status report as Exhibit 1 is a true and correct copy of the Debtor In

4 Possession's wire instructions evidencing payment of $109,753,28 as required by the Court's

5 June 16, 2011, Order.

6 Dated:   July 12, 2011                      Respectfully Submitted,

7                                        Action Legal Team

8                                            /s/ Michael N. Sofris

9                                  By:_____

10                                        Michael N. Sofris, Esq.
                                         Attorneys for Debtor In Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1

# *LAX Royal Airport Center, LP*
### *475 El Camino Real, Suite 407, Millbrae, CA 94030*
### *Tel: (650) 588-3317, Fax: (650) 692-6208*

Michael N. Sofris
Action Legal Team
468 N. Camden Drive
Suite 200
Beverly Hills, Ca. 90210

RE: Personal Loan to LAX Royal Airport Center, LP

Dear Mr. Sofris Esq.,

   This is to notify you that I, Amy Xia Mi Fan made a personal loan today to LAX Royal Airport Center, LP for payments you requested to LNR as follows:

| | |
|---|---|
| June 2011: | $ 31,659.60 |
| July 2011: | $ 32,714.92 |
| April & May 2011: | $ 45,378.76 |
| | |
| Total: | $109,753.28 |

This amount has been wired to Wells Fargo Bank:

ABA # ~~████~~
Account # ~~████████~~
Account Name: Wells Fargo Commercial Mortgage – Servicing

Ref Loan # M7004~~████~~
Loan Name: LAX Royal Airport Center, LP
Attn: Lisa Guevara – Special Servicer
Wire Address:  Wells Fargo Commercial Mortgage – Servicing
200 B Street
Santa Rosa, CA 95403

Signed,

*Amy Xia Mi Fan*

Amy Xia Mi Fan

Attachments: Bank Receipt

# Wire Transfer Services
# Outgoing Wire Transfer Request



A customer or team member, with the customer present, completes this form when requesting to send a wire. Outgoing wires can only be sent for Wells Fargo customers. Retain the original copy in the bank and provide a copy to the customer ensuring you give the customer the Agreement for Outgoing Wire Transfer Request (page 2 when form is accessed on-line & preprinted on the back of printed forms). **Required information is noted with an asterisk.** Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See back (page 2) for explanations of the Mexican CLABE account, the SWIFT BIC, the International Routing Code (IRC) and the International Bank Account Number (IBAN).

| *Today's Date  7/11/2011 | *Send Date (if next day submit wire after 4:30 CT. Store must hold if other than today or next day date.) |
|---|---|

## 1. Originator's Information

| *Customer's Name  Amy Xia Mi Fan | *Phone Number  310-918- |
|---|---|

*Customer's Address, City, State, Zip Code — Hillsborough Ca 94010

| *Transfer from Wells Fargo Bank Account No. (Must be checking, savings, market rate or wholesale checking account) | *U.S. Dollar Wire Amount  $4,109,753.28 |
|---|---|

**International Wire only:** When sending in foreign currency, please ensure the beneficiary's account accepts the designated currency.

| Funds to be sent in foreign currency | Foreign Currency Type/Name (SVT/SVP will default to FX unless specified otherwise) | *Currency Code (if known) | *Foreign Currency Amount |
|---|---|---|---|
| ☐ Yes  ☐ No | | | |

## 2. Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds.)

*Beneficiary/Recipient Name  Wells Fargo Commercial Mortgage - Servicing

*Beneficiary Account Number, Mexican CLABE # or the International Bank Account Number (IBAN) where applicable:

Beneficiary Address, City, State, Zip Code (A physical address is **required** for foreign wires). 200 B Street Santa Rosa, Ca 95403

| Information for the Beneficiary (Invoice number, Purchase order number, etc.) | Beneficiary Phone Number |
|---|---|

## 3. Beneficiary Bank Information (This is the financial institution where the beneficiary maintains their account.)

| *Beneficiary Bank RTN or SWIFT Bank Identifier Code (SWIFT BIC) | *International Routing Code (IRC) |
|---|---|

*Beneficiary Bank Name  Wells Fargo Bank

Beneficiary Bank Address, City, State, Zip Code & Country (optional information)

Information for Beneficiary Bank (wires to Mexican banks require the CLABE account number in the Beneficiary instructions to ensure correct payment.)

## 4. Intermediary Bank Information (This is a financial institution that the wire must pass through before reaching the final beneficiary bank.) This section is optional and not required for all wires.
Please note that routing may be altered depending on Wells Fargo Bank's correspondent relationships.

| Optional: *Intermediary Beneficiary Bank RTN or SWIFT BIC | International Routing Code (IRC) |
|---|---|

| *Intermediary Bank Name | *Intermediary Bank Account No. |
|---|---|

Intermediary Bank Address, City, State, Zip, Country (optional information)

Information for Intermediary Bank

## 5. Wire Fee & Customer Signature (Additional fees from intermediary and beneficiary banks may be charged to international transactions - see Fees Section on page 2 of this form.)

| Wire Fee Amount (the Transfer From account will be charged the fee.) The region that houses the account being debited determines the fee amount.  Use the fee information available through Teamworks and/or the Banker's Guide.  Do not use SVT/SVP for fee when account is not in your region.  Additional fees may apply (see page 2 of this form). | *AU where the Originator's account is located | *Fee Amount  $ |
|---|---|---|

My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions on the second page of this request.  Wells Fargo Bank is authorized to rely on the information on this Request in making the requested funds transfer.

| *x  Amy Xia Mi Fan | *Date |
|---|---|

## 6. Bank Use Only – Bank Approval – Following MUST be completed for ALL outgoing wires.

| International Wire Foreign Currency Information Rate | Contract No. (required when $15,000 or more U.S.$) | FX Trader Contact |
|---|---|---|

| *Wire Transaction/FAS Number | *Name or ID used by customer  AMY XIA MI FAN | Method used to verify business acct. transaction authority |
|---|---|---|

| *1st ID type, number, issued by State/Country & Expiration Date  CA DL ____ X 6/6/14 | *2nd ID type, issued by State/Country & Expiration Date  PIN VERIFIED | |
|---|---|---|

| *Initiated by and AU#  x  240 | *First Approval  x | Second Approval, if applicable  x |
|---|---|---|

## 7. Wires in Progress (WIP)

| In re:<br>LAX Royal Airport Center, LP | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 11-12333-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

46 N. Camden Drive, Suite 200, Beverly Hills, Ca  90210

A true and correct copy of the foregoing document described Status Report re Adequate Protection Payments will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 07/12/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Mark S Bostick on behalf of Interested Party Wendel Rosen Black & Dean LLP
mbostick@wendel.com; Sheri Kanesaka on behalf of Creditor MSCI 2006-IQ11 West Century Limited
Partnership sheri.kanesaka@bryancave.com Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov Hal M Mersel on behalf of Creditor MSCI 2006-IQ11 West Century Limited Partnership
mark.mersel@bryancave.com Randy P Orlik on behalf of Creditor Courtesy NEF
rorlik@coxcastle.com Michael N Sofris on behalf of Debtor LAX Royal Airport Center, LP
michael@sofris.com United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 07/12/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *The Honorable Sheri Bluebond, US Bankruptcy Court, 255 E. Temple Street, Ste 1482, Los Angeles, Ca  90012*

Service information continued on attached page

III.      **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/12/2011 | Michael N. Sofris | /s/ Michael N. Sofris |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9013-3.1**

In re:
LAX Royal Airport Center, LP

Debtor(s).

CHAPTER 11

CASE NUMBER **11-12333-BB**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**